No. 673. BOUCHER ET AL. *v.* SOLA ET AL. March 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Herbert S. Ward* and *Scott D. Kellogg* for petitioners. *Messrs. J. Bernhard Thiess* and *Leslie W. Fricke* for respondents.

No. 644. HITT, TRADING AS CONGRESSIONAL GARAGE, ET AL. *v.* CARDILLO, DEPUTY COMMISSIONER, ET AL. March 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Chas. S. Baker, Warren E. Magee,* and *Benj. L. Tepper* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Robert L. Stern* and *Christopher B. Garnett* for respondents.

No. 691. HAMMOND *v.* HAMMOND. March 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Wilber Stammler, George W. Dalzell,* and *Daniel G. Albert* for petitioner. *Messrs. Manuel J. Davis* and *Richard W. Galiher* for respondent.